IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE O. BEARDEN, III, as Administrator of
the Estate of George Ollie, II, for the use and benefit
of himself and the other statutory beneficiaries of
George Ollie Bearden, II, deceased           PLAINTIFF

v.           No. 3:15-cv-160-DPM

JONESBORO RETIREMENT RESIDENCE, LLC,
d/b/a South Wind Heights           DEFENDANT

ORDER

The Court directs the Defendant to supplement its removal papers. The Court is concerned about its jurisdiction. First, please consider 28 U.S.C. § 1332(c)(2). What was the citizenship of George Ollie Bearden, II? If he was not a Tennessean, like his son, does that affect the jurisdictional analysis? Second, what is the citizenship of all members of Jonesboro Retirement Residence, LLC? Please also address how the other LLC members' citizenship affects this Court's jurisdiction over this case. Supplement due by 26 June 2015.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2015