## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GEORGE O BEARDEN, III, as Administrator
of the Estate of George Ollie Bearden, II,
for the use and benefit of himself and
the other statutory beneficiaries of
George Ollie Bearden, II, deceased                          PLAINTIFF

v.                          No. 3:15-cv-160-DPM

JONESBORO RETIREMENT RESIDENCE LLC,
d/b/a South Wind Heights                                    DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_4 October 2016_